UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **GREGORY ROMEU** § <br> **D/B/A DEVIL'S ADVOCATE** § <br> **ARMORY** § <br>   *Plaintiff,* § <br> § <br> **v.** § <br> § <br> **CITY OF MARFA** § <br>   *Defendant.* § | **Cause No. 4:21-CV-00018-DC** |

## PLAINTIFF'S AMENDED NOTICE REGARDING TRIAL DATE CONFLICT

This notice is filed to advise the court of a potential conflict with the trial setting of another case. This case is currently set for trial on June 20, 2022.[1] Plaintiff's attorney is lead counsel on another case currently set for trial the same day in the Eastern District of Texas, cause no. 6:17-cv-533, *Laza v. City of Palestine, et al.*

The undersigned recognizes that a great deal may happen to change the trial dates of one or both of these cases. This notice is filed in an abundance of caution, to avoid any unnecessary inconvenience to the Court and all parties to the instant case.

Respectfully submitted,

By:/s/Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094
wnorred@norredlaw.com
515 E. Border St. Arlington, TX 76001
Tel: (817) 704-3984, Fax: (817) 549-0161

**CERTIFICATE OF SERVICE -** I hereby certify that a true and correct copy of the foregoing instrument has been served via the Court's ECF system to Defendant's Counsel through email:
WM. ANDREW MESSER, andy@txmunicipallaw.com,
TIMOTHY DUNN, timothy@txmunicipallaw.com,
ATTORNEYS FOR CITY OF MARFA

/s/Warren V. Norred

---

[1] This amended notice is filed to correct the year in date of trial, which was erroneously given as 2021 in Plaintiff's original notice.