# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

GREGORY ROMEU § 
 § CIVIL NO:
vs. § PE:21-CV-00018-DC
 §
CITY OF MARFA §

## ORDER RESETTING FINAL PRETRIAL HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL HEARING** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Monday, May 16, 2022 at 03:00 PM**.

IT IS SO ORDERED this 20th day of October, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE